AO 442 (Rev. 10/13) Arrest Warrant

**FILED**
OCT 10 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**SEALED** (crossed out) — Case unsealed 9/18/2023

**RECEIVED**
JUL 12 2023
BY: USMS

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>ARTHUR EDWARD SUAREZ,<br>a/k/a "Jesse"<br>*Defendant* | Case No. 23 CR 235 GKF |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ARTHUR EDWARD SUAREZ, a/k/a "Jesse,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(B)(viii) – Drug Conspiracy
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of Methamphetamine
18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date: JUL 11 2023

*Issuing officer's signature*

City and state:  Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/12/24, and the person was arrested on *(date)* 10/9/24
At *(city and state)* Tulsa, OK
Date: 10/9/24

*Arresting officer's signature*

L.G. Welch  DUSM
*Printed name and title*

JAM/kj